UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
> March 13, 2015
> CLERK, US DSITRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAROD GIBBONS,

Defendant.

Case No.  2:15-mj-00041-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHAROD GIBBONS

Case No.  2:15-mj-00041-AC  Charge  18 USC § 371, 922(a)(1)(A), 26 USC §

5861(d) from custody for the following reasons:

_____   Release on Personal Recognizance

X   Bail Posted in the Sum of $ _____

    X.   Unsecured Appearance Bond $   50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

(Other): Unsecured appearance bond co-signed by

X   Arnold Thrower. Pretrial conditions as stated on the

_____ record in open court.

Issued at Sacramento, California on March 13, 2015 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman