BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>BRYCE BEAVER, and<br>SHAROD GIBBONS,<br><br>       Defendants. | 2:15-MJ-0040-AC<br>2:15-MJ-0041-AC<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>DATE<br><br>Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, these matters were set for Preliminary Hearing on August 7, 2015.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until August 21, 2015, at 2:00 p.m.

3. By this Stipulation, the parties also move to set a Status of Counsel Hearing for Sharod Gibbons on August 7, 2015, at 2:00 p.m.

Stipulation to Continue P/H          1          United States v. Gibbons, et al.

4. Defendant Bryce Beaver made his initial appearance on March 4, 2015.  Defendant Sharod Gibbons made his initial appearance on March 13, 2015.

5. Both defendants are presently out of custody and being supervised by a Pretrial Services Officer.

6. The United States has provided discovery to both defendants. This discovery consists of 30 CDs, including several hours of audio and video recordings.

7. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendants reasonable time necessary for preparation and further investigation.

8. The defendants understand that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including August 21, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

///

9. Good cause exists under Rule 5.1(d) of the Federal Rules of
Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: August 5, 2015          /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: August 5, 2015          /s/ Kelly Babineau
                               KELLY BABINEAU
                               Attorney for Bryce Beaver
                               (as authorized on August 4, 2015)

DATED: August 5, 2015          /s/ Jeffrey Fletcher
                               JEFFREY FLETCHER
                               Attorney for Sharod Gibbons
                               (as authorized on August 4, 2015)


## ORDER

IT IS SO FOUND AND ORDERED, this 5th day of August, 2015.

Dated:  August 5, 2015

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
beaver0040.stipo.cont.PX